# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00464-AB |
| v. | INFORMATION |
| TOMAS PLANCARTE-BENSON, | 41 C.F.R. § 102.74.385 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about September 27, 2025, in the District of Oregon, the defendant **TOMAS PLANCARTE-BENSON** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: November 12, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Lewis S. Burkhart*_____
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney