Michael Charles Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMAS PLANCARTE-BENSON,<br><br>Defendant. | Case No. 3:25-cr-00464-AB<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

The defendant, Tomas Plancarte-Benson, through counsel, Michael Charles Benson, submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a). A sentencing hearing is currently scheduled for November 20, 2025.

On November 20, 2025, Mr. Plancarte-Benson will plead guilty to Failing to Obey a Lawful Order, in violation of 41 C.F.R. § 102.74.385. Because this is a Class C Misdemeanor offense, no Pre-Sentence Investigation Report has been prepared and the United States Sentencing Guidelines do not apply.

Mr. Plancarte-Benson requests that the Court impose a sentence of six months of informal probation with a condition that he not return to the ICE facility.

Respectfully submitted this 17th day of November, 2025.

<u>*/s/ Michael Charles Benson*</u>
Michael Charles Benson, AK Bar No. 1311070